| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| William G. Cort<br>Law Office of William G. Cort<br>9040 Telegraph Rd., Suite 206<br>Downey, CA 90240<br>(562)923-6761 Fax: (562)869-1200<br>California State Bar Number: SBN: 50326<br>williamgcortdocuments@gmail.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re<br>Jenny Quiroz Lopez | CASE NO.: 8:17-bk-12729-MW<br>CHAPTER: 13 |
|---|---|
| | DECLARATION SETTING FORTH POST PETITION, PRECONFIRMATION PAYMENTS ON:<br>1. DEEDS OF TRUST [OR MORTGAGES]<br>2. LEASES ON PERSONAL PROPERTY;<br>3. PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY<br>[LBR 3015-1(e) and LBR 3015-1(m)] |
| Debtor(s). | [No Hearing Required] |

I, (*Debtor's name*), Jenny Quiroz Lopez , hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on  07/10/2017  .

2. On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my Chapter 13 petition.

3. I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4. I understand that I must update the information on the next page and keep it current until my plan is confirmed.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                            Page 1                                  F 3015-1.4.DEC.PRECONF.PYMTS

5. The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[2] | Date Mailed/Delivered |
|---|---|---|---|---|
| **Real property located at:** **19431 Worchester Lane, Huntington Beach, CA 92646** | Name of Creditor (*printed*): **Ocwen Loan Servicing** (*check one*) ☑ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*): | $3177.25 | 08/01/2017 | 08/08/2017 |
| | Name of Creditor (*printed*): (*check one*) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*): | | | |
| | Name of Creditor (*printed*): (*check one*) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*): | | | |
| | Name of Creditor (*printed*): (*check one*) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*): | | | |

---

[1]Attach additional pages if necessary.
[2]"Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                Page 2                F 3015-1.4.DEC.PRECONF.PYMTS

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[3] | Date Mailed/Delivered |
|---|---|---|---|---|
| | Name of Creditor (*printed*): <br><br> (*check one*) <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): | | | |
| | Name of Creditor (*printed*): <br><br> (*check one*) <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): | | | |
| | Name of Creditor (*printed*): <br><br> (*check one*) <br> ☐ Deed of Trust/Mortgage <br> ☐ Car loan <br> ☐ Lease <br> ☐ Other (*specify*): | | | |

6.  ☐ Continued on Attached Page.

7.  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:   **August 11, 2017**                    /s/ Jenny Quiroz Lopez
                                                **Jenny Quiroz Lopez**
                                                *Debtor*

---

[3] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 — Page 3 — F 3015-1.4.DEC.PRECONF.PYMTS

----- Forwarded Message -----
**From:** "noreply@westernunionspeedpay.com" <noreply@westernunionspeedpay.com>
**To:** "dancardrew@yahoo.com" <dancardrew@yahoo.com>
**Sent:** Tuesday, August 8, 2017 05:59:10 PM PDT
**Subject:** Ocwen Loan Servicing, LLC Payment Confirmation

RE: Loan ending in 4582

Dear JENNY LOPEZ,

This email is to confirm that a payment was authorized to be applied to the account referenced above on 08/08/2017.

Details regarding the transaction appear below:

Payment Amount: $3177.25 plus $0.00 convenience fee
Payment scheduled on: 08/08/2017
Confirmation Number: 26711726

Per our agreement, the above noted funds will be automatically debited from your bank account. Please retain this email as documentation regarding the transaction. On your bank account statement, typically, you will not see a check number.

If your bank does not allow for ACH transactions, your payment may be processed as a check transaction.

If you have any questions, please contact our Customer Care Center at 1-800-746-2936. Representatives are available to assist you Monday through Friday 8:00 am to 9:00 pm (ET), Saturday 8:00 am to 5:00 pm (ET), and Sunday 9:00 am to 9:00 pm (ET).

Sincerely,

The Western Union® Speedpay® Service

Please note: This email message was sent from a notification-only address that cannot accept incoming email. Please do not reply to this message.

We respect your privacy. View the Western Union® Speedpay® Service Privacy Policy at: https://www.speedpay.com/privacy.asp and our Terms and Conditions at: https://www.speedpay.com/westernuniontac_cf.asp. You are receiving this email because of your relationship with Ocwen Loan Servicing, LLC.

©2017 Western Union Holdings, Inc. All Rights Reserved. The Western Union® Speedpay® Service is provided by Speedpay, Inc., a wholly owned subsidiary of The Western Union Company (NYSE:WU). All other logos, trademarks, service marks, and trade names referenced in this material are the property of their respective owners.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
9040 Telegraph Rd., Suite 206
Downey, CA 90240

A true and correct copy of the foregoing document entitled (*specify*):  __Declaration Setting Forth Post Petition, Preconfirmation Payments On: Leases of Personal Property; Purchase Money Security Liens in Personal Property__  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __08/11/2017__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**DEUTSCHE BANK NATIONAL TRUST COMPANY represented by Sean C Ferry sferry@ecf.courtdrive.com; OUST ustpregion16.sa.ecf@usdoj.gov; and Amrane Cohen efile@ch13ac.com**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __08/11/2017__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Ocwen Loan Servicing
1661 Worthington Rd., Ste. 100, West Palm Beach, FL 33409**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 11, 2017 | Judith Valenzulea | /s/Judith Valenzuela |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     Page 4     **F 3015-1.4.DEC.PRECONF.PYMTS**