# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

IN RE:

Jenny Quiroz Lopez
19431 Worchester Lane
Huntington Beach, CA  92646

Case No. **8:17-bk-12729-MW**

DATE: 12/11/2017

DEB1 SSN XXX-XX-0764

## NOTICE OF INTENT TO PAY CLAIMS

NOTICE IS HEREBY GIVEN TO DEBTOR(S) AND COUNSEL, IF ANY, THAT THE TRUSTEE INTENDS TO PAY CLAIMS FILED BY THE CREDITORS LISTED BELOW UNLESS OBJECTION IS MADE BY THE DEBTOR(S) OR ANY OTHER PARTY OF INTEREST WITHIN FIFTEEN(15) DAYS FROM THE DATE OF THIS NOTICE.

| NAME & ADDRESS OF CREDITOR | CLAIM AMOUNTS & INFO. | CLASSIFICATION & ACCOUNT |
|---|---|---|
| Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA  92701-4593 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 1 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| First Data Global Leasing<br>265 Broad Hollow R<br>Melville, NY  11747 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 2 | PRIORITY<br>PAID OUTSIDE<br>ACCT:<br>COMM: PER SCHED G, POS EQUIPME<br>COURT CLAIM#: |
| Kia Motors Finance<br>P.O. Box 20815<br>Fountain Valley, CA  92728 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 3 | PRIORITY<br>PAID OUTSIDE<br>ACCT:<br>COMM: PER SCHED G, 15 KIA CADE<br>COURT CLAIM#: |
| LVNV Funding, LLC<br>In c/o Arrow Financial Service, LLC<br>PO Box 10587<br>Greenville, SC  29603 | CLAIM: **$0.00**<br>SCHEDULED: $2,086.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 4 | UNSECURED<br>NOT FILED<br>ACCT: **5178**<br>COMM:<br>COURT CLAIM#: |
| Ocwen Loan Servicing<br>Attn: Bankruptcy<br>1661 Worthington Rd Ste 100<br>West Palm Beach, FL  33409 | CLAIM: **$94,238.90**<br>SCHEDULED: $91,475.53<br><br>DATE FILED: 11/06/2017<br>TRUSTEE CLAIM#: 5 | MORTGAGE ARREARS<br><br>ACCT: **4582**<br>COMM: 1ST TD: 19431 ARRS D/P<br>COURT CLAIM#: 2 |
| PROGRESSIVE MGMT SYSTE<br>1521 W CAMERON AVE FL 1<br>WEST COVINA, CA  91790 | CLAIM: **$0.00**<br>SCHEDULED: $281.00<br><br>DATE FILED:<br>TRUSTEE CLAIM#: 6 | UNSECURED<br>NOT FILED<br>ACCT: **3579**<br>COMM:<br>COURT CLAIM#: |

Case No. **8:17-bk-12729-MW**

| Creditor | Claim Info | Status |
|---|---|---|
| CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION/SPECIAL OPS, MIC-55<br>PO BOX 942879<br>SACRAMENTO, CA 94279-0055 | CLAIM: **$33,917.35**<br>SCHEDULED: $28,113.15<br>DATE FILED: 11/27/2017<br>TRUSTEE CLAIM#: 7 | SECURED<br>ACCT: **4739**<br>COMM: RECORDED LIEN: 19431<br>COURT CLAIM#: 8 |
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4593 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 8 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Western Progressive, LLC<br>1000 Abernathy Rd NE; Bldg. 400<br>Suite 200<br>Atlanta, GA 30328 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 9 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| Amrane (SA) Cohen (TR)<br>770 The City Drive South Suite 8500<br>Orange, CA 92868 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 10 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| William G Cort<br>9040 Telegraph Rd Ste 206<br>Downey, CA 90240 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 11 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| COASTLINE REALTY<br>215 5TH STREET<br>HUNTINGTON BEACH, CA 92648 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 12 | PRIORITY<br>PAID OUTSIDE<br>ACCT:<br>COMM: PER SCHED G, RESTAURANT<br>COURT CLAIM#: |
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>BANKRUPTCY DEPARTMENT<br>6409 CONGRESS AVE., STE. 100<br>BOCA RATON, FL 33487 | CLAIM: **$0.00**<br>SCHEDULED: $0.00<br>DATE FILED:<br>TRUSTEE CLAIM#: 13 | NOTICE ONLY<br>ACCT:<br>COMM:<br>COURT CLAIM#: |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | CLAIM: **$9,502.03**<br>SCHEDULED: $0.00<br>DATE FILED: 09/26/2017<br>TRUSTEE CLAIM#: 14 | UNSECURED<br>ACCT: **0494**<br>COMM:<br>COURT CLAIM#: 1 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | CLAIM: **$1,046.51**<br>SCHEDULED: $0.00<br>DATE FILED: 11/08/2017<br>TRUSTEE CLAIM#: 15 | UNSECURED<br>ACCT: **3509**<br>COMM:<br>COURT CLAIM#: 3 |

Case No. **8:17-bk-12729-MW**

| Creditor | Claim Info | Status |
|---|---|---|
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | CLAIM: **$1,094.72**<br>SCHEDULED: $0.00<br>DATE FILED: 11/08/2017<br>TRUSTEE CLAIM#: 16 | UNSECURED<br><br>ACCT: **0537**<br>COMM:<br>COURT CLAIM#: 4 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | CLAIM: **$572.26**<br>SCHEDULED: $0.00<br>DATE FILED: 11/08/2017<br>TRUSTEE CLAIM#: 17 | UNSECURED<br><br>ACCT: **3358**<br>COMM:<br>COURT CLAIM#: 5 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | CLAIM: **$217.30**<br>SCHEDULED: $0.00<br>DATE FILED: 11/08/2017<br>TRUSTEE CLAIM#: 18 | UNSECURED<br><br>ACCT: **3507**<br>COMM:<br>COURT CLAIM#: 6 |
| Ocwen Loan Servicing<br>Attn: Bankruptcy<br>1661 Worthington Rd Ste 100<br>West Palm Beach, FL  33409 | CLAIM: **$650.00**<br>SCHEDULED: $0.00<br>DATE FILED: 11/09/2017<br>TRUSTEE CLAIM#: 19 | MORTGAGE ARREARS<br><br>ACCT: **4582**<br>COMM: POST-PETITION MORTGAGE F<br>COURT CLAIM#: 2 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | CLAIM: **$38,422.11**<br>SCHEDULED: $0.00<br>DATE FILED: 11/13/2017<br>TRUSTEE CLAIM#: 20 | PRIORITY<br><br>ACCT: **0764/4385**<br>COMM: 2011-2014 TAX NO PROVISI<br>COURT CLAIM#: 7 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | CLAIM: **$33,402.91**<br>SCHEDULED: $0.00<br>DATE FILED: 11/13/2017<br>TRUSTEE CLAIM#: 10020 | UNSECURED<br><br>ACCT: **0764**<br>COMM: SPLIT CLAIM<br>COURT CLAIM#: 7 |

Case No.**8:17-bk-12729-MW**

| In re:<br>Jenny Quiroz Lopez<br>19431 Worchester Lane<br>Huntington Beach, CA 92646 | Debtor(s). | **CHAPTER 13**<br><br>**Case No.:**8:17-bk-12729-MW |
|---|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

ORANGE CITY SQUARE
770 THE CITY DR. SOUTH, #8500
ORANGE, CA 92868

The foregoing document described as <u>Notice of Intent to Pay Claims</u> will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/11/2017 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

  William G Cort                                          williamgcortdocuments@gmail.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 12/11/2017 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

  Jenny Quiroz Lopez
  19431 Worchester Lane
  Huntington Beach, CA 92646

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/11/2017 | Rachel Saucedo | /s/ Rachel Saucedo |
|---|---|---|
| Date | Type Name | Rachel Saucedo |